**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **OSCAR CASTANEDA,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **CA No.:1:23-cv-13087-DLC** |
| | ) | |
| **PARTS DISTRIBUTION XPRESS INC.,** | ) | |
| **PDX NORTH, INC., PDX WEST, LLC,** | ) | |
| **FRANKEL LOGISTICS, LLC d/b/a** | ) | |
| **SIR LANCELLOT COURIER AND** | ) | |
| **DELIVERY SERVICES COMPANY,** | ) | |
| **SIR LANCELLOT COURIER AND** | ) | |
| **DELIVERY SERVICES COMPANY,** | ) | |
| **JOHN DOE CORPORATION,** | ) | |
| **CARLOS ROMAN COLON, and** | ) | |
| **Defendants** | ) | |

**<u>VOLUNTARY DISMISSAL</u>**

Now comes the Plaintiff, Oscar Castaneda, in the above-entitled matter, and hereby voluntarily dismisses the following Defendants without prejudice:

**PARTS DISTRIBUTION XPRESS INC.,**

**PDX WEST, LLC,**

**FRANKEL LOGISTICS, LLC d/b/a SIR LANCELLOT COURIER AND DELIVERY SERVICES COMPANY,**

**SIR LANCELLOT COURIER AND DELIVERY SERVICES COMPANY, and**

**JOHN DOE CORPORATION.**

Respectfully submitted,
Plaintiff, Oscar Castaneda,
By his Attorneys,
/s/ Timothy P. Lynch
Timothy P. Lynch, Esq. (#678771)
Marasco & Nesselbush, LLP
685 Westminster Street
Providence, RI 02903
Tel: (401) 274-7400
Fax: (401) 274-7404
E-Mail: tlynch@m-n-law.com