UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 23-cv-13087-DLC

**Oscar Castaneda**
Plaintiff

v.

**PDX North, Inc. et al**
Defendant

## SETTLEMENT ORDER OF DISMISSAL

Cabell, M.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 90 days if settlement is not consummated.

By the Court,

/s/ Nicole Cowan
Docket Clerk

May 15, 2026